# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| SHARON L. MEEKS | * |
| | * |
| Plaintiff | * |
| | * |
| V. | * |
| | *   NO: 4:14CV00151 SWW |
| ARKANSAS DEPARTMENT OF | * |
| HUMAN SERVICES | * |
| | * |
| Defendant | * |
| | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 8TH DAY OF APRIL, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE